# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA MOE,<br><br>      Plaintiff,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons;<br><br>      Defendants. | Civil Action No. 25-10195-GAO |

## TEMPORARY RESTRAINING ORDER

Plaintiff's Motion for a Temporary Restraining Order is **GRANTED**. Defendants and their officers, employees, servants, agents, appointees, and successors are hereby enjoined from reassigning Plaintiff to another facility until this matter can be heard at a schedule hearing.

Counsel shall appear for hearing on January 28, 2025, at 4:00 p.m. in Courtroom 22, at which time the court will hear further arguments.

This Temporary Restraining Order shall become effective immediately upon entry by this Court. It shall remain in effect until further order of this Court.

      **DONE** and **Ordered** this __26__ day of __January__, 2025.

                                                      __/s/ George A. O'Toole__
                                                    United States District Judge