## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

MARIA MOE,

          Plaintiff,

    v.

DONALD TRUMP, in his official capacity as President of the United States, *et al.*,

          Defendants.

Civil Docket No. 1:25-cv-10195

## NOTICE OF APPEARANCE

Please take notice that John Robinson, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for Defendants in the above-captioned matter.

Dated: January 28, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

DIANE KELLEHER
Director, Federal Programs Branch

/s/ John Robinson
JOHN ROBINSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Counsel for Defendants*