IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA MOE,<br><br>            Plaintiff,<br><br>  v.<br><br>DONALD TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>            Defendants. | Civil Docket No. 1:25-cv-10195 |

**NOTICE OF APPEARANCE**

Please take notice that Jean Lin, Senior Litigation Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance as counsel of record for Defendants in the above-captioned matter.

Dated: January 28, 2025

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

DIANE KELLEHER
Director, Federal Programs Branch

/s/ Jean Lin
JEAN LIN
Senior Litigation Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L. Street, NW
Washington D.C. 20005
(202) 514-3716
jean.lin@usdoj.gov