UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA MOE,<br><br>      Plaintiff,<br><br>v.<br><br>DONALD J TRUMP, President of the United States,<br>JAMES MCHENRY, Acting Attorney General of the United States,<br>WILLIAM LOTHROP, Acting Director of Bureau of Prisons,<br>      Defendants. | Civil Action No.: 1:25-CV-10195-GAO |

### NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney in the above-captioned case as counsel for the Defendants.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: January 28, 2025          By:    */s/ Rayford A. Farquhar*
                                        RAYFORD A. FARQUHAR
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        John Joseph Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA 02210
                                        617-748-3100
                                        Email: rayford.farquhar@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  January 28, 2025                    By:     */s/ Rayford A. Farquhar*
                                                                                            RAYFORD A. FARQUHAR
                                                                                           Assistant United States Attorney