UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA MOE,<br><br>        Plaintiff,<br><br>v.<br><br><br>DONALD TRUMP, in his official capacity as President of the United States; JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,<br><br>        Defendants. | Civil Action No. 1:25-cv-10195 |

## **CERTIFICATION OF AMY WHELAN**

In support of my application for admission *pro hac vice* in this matter, I, Amy Whelan, hereby certify that:

    1.      I am a Senior Staff Attorney at the National Center for Lesbian Rights (NCLR) which maintains an office at 870 Market Street, Suite 370, San Francisco, CA 94102.

    2.      I am a member of good standing in every jurisdiction where I have been admitted to practice. I am admitted to practice in California (Bar No. 215675), the United States District Court for the District of Northern California, the United States District Court for the District of Eastern California, the United States District Court for the District of Southern California, the United States District Court for the District of Central California, the U.S. Supreme Court, the United States Court of Appeals for the Third Circuit, and the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, and the United States Court of Appeals for the Ninth Circuit.

3.	I am not the subject of disciplinary proceedings in any jurisdiction which I am a member of the bar.

4.	I have not previously had pro hac vice admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.	I am familiar with and agree to comply with the Local Rule of this Court.

I hereby certify under penalty and perjury that the foregoing is true and correct.

Dated: January 29, 2025							Respectfully submitted,

/s/Amy Whelan
Amy Whelan
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, CA 94102
(415) 365-1338
awhelan@nclrights.org