UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA MOE,<br><br>          Plaintiff,<br><br>v.<br><br><br>DONALD TRUMP, in his official capacity as President of the United States; JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,<br><br>          Defendants. | Civil Action No. 1:25-cv-10195 |

## **CERTIFICATION OF NATALIE J. KRANER**

In support of my application for admission *pro hac vice* in this matter, I, Natalie J. Kraner, hereby certify that:

    1.     I am a Partner at the law firm Lowenstein Sandler LLP which maintains an office at 1251 Avenue of the Americas, New York, NY 10020.

    2.     I am a member of good standing in every jurisdiction where I have been admitted to practice. I am admitted to practice in New York (Bar No. 4441598), New Jersey (Bar No. 039422005), the United States District Court for the District of New Jersey, United States District Court for the Southern District of New York, and the United States Court of Appeals for the Second Circuit.

    3.     I am not the subject of disciplinary proceedings in any jurisdiction which I am a member of the bar.

4. I have not previously had pro hac vice admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rule of this Court.

I hereby certify under penalty and perjury that the foregoing is true and correct.

Dated: January 29, 2025

Respectfully submitted,

/s/Natalie J. Kraner
Natalie J. Kraner
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
(862) 926-2029
nkraner@lowenstein.com