UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA MOE,<br><br>         Plaintiff,<br><br>v.<br><br><br>DONALD TRUMP, in his official capacity as President of the United States; JAMES R. MCHENRY III, in his official capacity as Acting Attorney General of the United States; WILLIAM LOTHROP, in his official capacity as Acting Director of the Federal Bureau of Prisons,<br><br>         Defendants. | Civil Action No. 1:25-cv-10195 |

### **CERTIFICATION OF SARAH K. AUSTIN**

In support of my application for admission *pro hac vice* in this matter, I, Sarah K. Austin, hereby certify that:

1. I am an attorney at GLBTQ Legal Advocates & Defenders, which maintains an office at 18 Tremont, Suite 950, Boston, MA 02108

2. I am a member of good standing in every jurisdiction where I have been admitted to practice. I am admitted to practice in Maine (Bar No. 6375), the United States District Court for the District of Maine, and the United States Supreme Court.

3. I am not the subject of disciplinary proceedings in any jurisdiction in which I am a member of the bar.

4. I have not previously had pro hac vice admission to the United States District Court for the District Court of Massachusetts (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5. I am familiar with and agree to comply with the Local Rules of this Court.

I hereby certify under penalty and perjury that the foregoing is true and correct.

Dated: January 29, 2025

Respectfully submitted,

/s/Sarah K. Austin
Sarah K. Austin
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108
(617) 426-1350
saustin@glad.org