DECLARATION OF LAUREN MEADE, M.D.

I, Dr. Lauren Meade, declare:

1. I am a board-certified internal medicine doctor 19 years of experience treating transgender patients. I am familiar with standard protocols for hormone therapy and its effects. A true and correct copy of my curriculum vitae is attached.

2. Gender dysphoria is a serious medical condition that, left untreated, can result in debilitating psychological harms, including anxiety, depression, suicidality, and other mental health issues. Without treatment, many people with gender dysphoria are unable to adequately function in occupational, social or other areas of life.

3. Gender dysphoria is a highly treatable condition. The standards of care for treating gender dysphoria are well-established.

4. Treatments include social transition, which enables a transgender person to live in a sex other than their birth sex, and hormone therapy to feminize or masculinize the body. It may also include various surgeries.

5. For many transgender women, hormone therapy is an essential, medically indicated treatment to alleviate the distress of gender dysphoria.

6. For transgender women, beginning hormone therapy as a teenager will mitigate the development of some unwanted secondary sex characteristics, such as the development of facial masculinization, heavy growth of facial and body hair, and substantially increased muscle mass. If hormone therapy is stopped, the development of these characteristics will resume.

7. Discontinuing hormone therapy for transgender women who have been on long term treatment poses serious medical risks, including both severe psychological distress and physical complications.

8. These risks include:

- Intensified gender dysphoria
- Increased risk of severe anxiety, depression, and suicidality due to intensified gender dysphoria
- Rapid hormonal changes that trigger severe mood swings, anxiety, and depression
- Loss of breast tissue and feminine fat distribution
- Development or return of unwanted and potentially irreversible masculine secondary sex characteristics, such as facial masculinization, facial and body hair growth, and increased muscle mass.

9. Over time, the negative mental and physical health impacts of being denied care are likely to worsen and to result in debilitating distress.

10. For patients with a seizure disorder, sudden estrogen withdrawal, leading to the emotional distress outlined above, may create additional serious medical risks of lowered seizure threshold.

11. Based on my professional experience, terminating hormone therapy for a transgender woman constitutes a serious medical risk that can severely impact physical and mental health.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2025

I declare under the pains of perjury that the foregoing is true and correct.

Signed this 25th day of January, 2025.

Dr. Lauren Meade

# Lauren B Meade, M.D.

Department of Medicine
Baystate Health – High Street Health Center
140 High Street
Springfield, MA 01199
(413) 794-1407
lauren.meade@baystatehealth.org

## Education

| | |
|---|---|
| M.D., University of California at San Francisco, San Francisco, California | 1990-1994 |
| B.A., Biology (*cum laude*), Highest departmental honors Sigma Xi Honor Society Smith College Northampton, Massachusetts | 1983-1987 |

## Postdoctoral Training

| | |
|---|---|
| Internal Medicine, Residency, Baystate Medical Center, Springfield, Massachusetts | 1995-1997 |
| Internal Medicine, Internship, Yale-New Haven Hospital, New Haven, Connecticut | 1994-1995 |

## Academic Appointments

| | |
|---|---|
| Associate Professor<br>Department of Medicine, Tufts University School of Medicine, Boston MA | 2014-present |
| Assistant Professor<br>Department of Medicine, Tufts University School of Medicine, Boston MA | 1997-2014 |

## Other Positions and Employment

| | |
|---|---|
| Primary Care, High Street Health Center, Springfield, MA | 1997-2016 |
| Hospitalist, Baystate Medical Center, Springfield, MA | 1997-2016 |
| Substance Abuse Primary Care, High Street Health Center, Springfield, MA | 2000-2013 |
| Women's Health Primary Care, High Street Health Center, Springfield, MA | 1997-2013 |
| HIV Primary Care, High Street Health Center, Springfield, MA | 1997-2011 |
| Correctional Health, Hamden County Correctional Facility, Springfield ,MA | 2000-2007 |

## Honors and Awards

| | |
|---|---|
| Macy Faculty Scholars Award, The Josiah Macy Jr. Foundation | 2013-2015 |
| Massachusetts Medical Society Lesbian Gay Bisexual Transgender Award, Waltham, MA | 2014 |
| Fellow, American College of Internal Medicine, Philadelphia, PA | 2014 |
| Third Year Clerkship Faculty Recognition for Excellence in Teaching, Tufts University School of Medicine, Boston, MA | 2013 |
| Third Year Clerkship Faculty Recognition for Excellence in Teaching, Tufts University School of Medicine, Boston, MA | 2012 |
| Physician Spotlight, Baystate Medical Practice Bulletin, Baystate Medical Center, Springfield, MA | 2011 |
| Paul Winske Access Award, Stavros, Advocates for Independent Living, Springfield, MA | 2011 |
| Third Year Clerkship Faculty Recognition for Excellence in Teaching, Tufts University School of Medicine, Boston, MA | 2009 |

**Updated:** December 11, 2018

| | |
|---|---|
| Oliver Wendell Holmes Stethoscope Award, Hamden District Medical Society, Holyoke, MA | 2005 |
| Third Year Clerkship Faculty Recognition for Excellence in Teaching, Tufts University School of Medicine, Boston, MA | 2005 |
| House Staff Recognition Award for Teaching in Excellence, Baystate Medical Center, Springfield, MA | 2003 |
| Award for Excellence for outstanding Achievement in HIV/AIDS, Between Family and Friends, Springfield, MA | 2001 |
| Third Year Clerkship Faculty Recognition for Excellence in Teaching, Tufts University School of Medicine, Boston, MA | 2001 |

## <u>Educational Activities</u>

### Educational Leadership, Administration and Service

| | |
|---|---|
| Director of Clinical Learning and Development, Sound Physicians, Tacoma, WA | 2016-2018 |
| Director of Faculty Development and Engagement, Baystate Medical Center, Springfield MA | 2013-2016 |
| Director of Faculty Development and Engagement, The Wright Center Graduate Medical Education, Scranton, PA | 2012-2016 |
| Director of the Transitions of Care rotation, 20 residents per year | 2006-2016 |
| Associate Program Director, Internal Medicine Residency | 2005-2016 |
| Clinical Competence Committee, Internal Medicine (participant) | 1997-2016 |
| Residency Education Committee, Internal Medicine (participant) | 1997-2016 |
| Faculty Development Senior Hospitalist Educators, Baystate Medical Center, Springfield, MA | 2011-2015 |
| Program for Educators in Health Professions, Harvard Macy Institute, Faculty | 2015 |
| Co-Course Director, Academic Half Day, Internal Medicine Residency, Baystate Medical Center, Springfield, MA | 2013-2014 |
| Women's Health Track Director, Internal Medicine Residents | 2000-2013 |
| Women's Health Medical Student Clerkship Director | 2000-2011 |
| Tufts University School of Medicine Faculty Senate (participant) | 2006-2009 |
| Tufts University School of Medicine Clinical Faculty Subcommittee (participant) | 2006-2009 |
| HIV/AIDS lectures, 60 residents per year | 1996-2006 |
| Medical Clerkship Director, Springfield College Physician Assistant Students | 1998-2000 |

### Teaching Activities in Programs and Courses

| | |
|---|---|
| Mortality and Morbidity Ambulatory Report, 60 residents per year; 3 hours/year; 3 1 hour small group teaching, Wright Center for Medical Education, Scranton PA | 2012-2015 |
| Tracer Rounds; 20 clerks/year; 20 residents per year; 80 hours/year; 2 hours per week, small group teaching | 2005-2015 |
| Palliative Care and Hospice, 60 residents per year | 1999-2013 |
| Mortality and Morbidity Ambulatory Report, 30 clerks/year; 60 residents per year; 48 hours/year; 1 hour per week small group teaching | 2006 - 2011 |
| Getting Energized, Baystate Academic Affairs, 300 residents | 2010 |

Lauren B Meade, M.D.                                                                                      Page 3 of 12

| | |
|---|---|
| Women's Health Elective Clerkship; 1-3 clerks per year; 2-3 residents per year, 20 hours per clerk/resident; 2-4 week elective with exposure to office gynecology, breast cancer screening, gynecologic oncology, urogynecology, hospice, family planning and colonoscopy. | 1998-2010 |
| Diversity and Inclusion, Baystate Academic Affairs, 300 residents | 2009 |
| Transgender Health, Baystate Academic Affairs, 300 residents | 2008 |
| HIV/AIDS lectures, Springfield College Physician Assistant Program, 3rd year student | 1996-2007 |
| Sexual Harassment, Baystate Academic Affairs, 300 residents | 2007 |
| Women's Health Curriculum; 60 residents per year; 4 hours per year; 4 lectures per year, lecture topics including Sexually Transmitted Diseases, Contraception, Domestic Violence and Cervical Cancer Screening. | 1996-2006 |
| HIV/AIDS Curriculum; 60 residents per year; 4 hours per year; 4 lectures per year; lecture topics including acute HIV, HIV treatment, Opportunistic Infections, Sexually Transmitted Diseases and HIV medication adherence principles. | 1996-2006 |
| Substance Abuse Curriculum; 60 residents per year, 2 hours per year; 2 lectures per year on topics including alcoholism and narcotic addiction | 1996-2004 |
| Women's Health Journal Club; 1-5 residents per year; 6 hours per year; monthly journal club presentation. | 1998-2002 |

**Clinical Education**

**University of Massachusetts Medical School-Baystate, Springfield, MA**

| | |
|---|---|
| Population Health Clerkship Academic Faculty, 1st year, 4 students, 8 hours over 2 week clerkship | 2019 - 2020 |
| Ambulatory Precepting; 6 - 12 residents/year; 12 hours per week, High Street Health Center | 2018-present |
| PURCH Medical Student, 1st year, longitudinal preceptor, High Street Health Center, 32 hours per year | 2018-2019 |
| PURCH Medical Student, longitudinal 1st – 4th year, Capstone advisor, High Street Health Center, 12 hours per year | 2018-2021 |

**Tufts University School of Medicine/Baystate, Springfield, MA**

| | |
|---|---|
| Ambulatory Attending Rounds; prepared and delivered curriculum at a teaching conference at the academic health center for residents and medical students, Baystate Medical Center, High Street Health Center, 4 hours per week | 1996-2016 |
| Ward Attending Rounds; 8 clerks/year; 12 -24 residents per year, 32 hours per year; 1 hours session per day; prepared and delivered curriculum at a teaching conference | 1997-2015 |
| Women's Health rotation, 20 residents per year, 1-3 medical students per year | 1997-2014 |
| HIV/AIDS rotation, 1-2 residents per year, 2 fellows per year | 1997-2006 |
| Ambulatory Attending Rounds; 8 clerks/year; 60 residents per year, 52 hours per year; 1 hours session per week; prepared and delivered curriculum at a teaching conference | 1997-2006 |
| Tufts Medical School Continuity Program; 1 clerk/year; 10 hours/year; precepted 1 medical student for a full year of continuous learning about one high utilizer patient, Baystate Medical Center | 2008-2009 |
| Tufts Medical School Mentor Program, 1 clerk/year, 3 yours/year; mentored 1 medical student in a formal curriculum for supporting their career goals, Baystate Medical Center | 2006-2007 |

**Educational Development: Curricula and Educational Materials**

| | |
|---|---|
| Mortality and Morbidity curricula, Residents; Wright Center for Graduate Medical Education; Scranton, PA; Case based interactive Mortality and Morbidity review based in safety principles. | 2012 - 2015 |
| Tracer curricula, Residents; Baystate Medical Center, Springfield, MA; Experiential learning across the transition from hospital to post-acute care with focus on route cause analysis. | 2005 - 2015 |
| Women's health curricula, Residents; Baystate Medical Center, Springfield, MA; Topic based didactic lectures in Women's Health. | 1996 - 2013 |
| Ambulatory Mortality and Morbidity curricula, Residents; Baystate Medical Center, Springfield, MA; Case based interactive Mortality and Morbidity review based in safety principles. | 2006 - 2011 |
| HIV/AIDS curricula, Medical students, PA students, Residents, Fellows; Baystate Medical Center, Springfield, MA; Topic based didactic lectures in HIV/AIDS. | 1996 - 2006 |
| Substance abuse curricula, Residents; Baystate Medical Center, Springfield, MA; Topic based didactic lectures in substance abuse. | 1996 - 2004 |
| General Medicine curricula, Residents; Baystate Medical Center, Springfield, MA; Topic based didactic lectures in General Medicine. | 1999 - 2004 |

**Advising and Mentoring**

**Students**

| | |
|---|---|
| Lindsay Rockwell, Internal Medicine Residency, Mentor/Advisor for a Women's Health Project,<br>Medical Director of Hematology/Oncology, Cooley Dickenson Hospital, Northampton, MA | 2000 - present |
| Kathleen McGraw, Internal Medicine Residency, Mentor/Advisor for a Women's Health Project,<br>Chief Medical Officer, Brattleboro Hospitalist, Brattleboro, VT | 1994-2004 |

**Residents**

| | |
|---|---|
| Michael Rosenblum, Baystate Internal Medicine Resident, Career Mentor/Advisor Mercy Hospital, Program Director, Medicine | 2001 - present |
| Anthony Poindexter, Baystate Internal Medicine Resident, Career Mentor/Advisor Tufts, Associate Program Director, Nephrology Fellowship | 2001 - present |
| Patrick Mailloux, Baystate Internal Medicine Resident, Career Mentor/Advisor Tufts, Program Director, Critical Care Medicine | 2001 - present |
| Raquel Belforti, Baystate Internal Medicine Resident, Career Mentor/Advisor Tufts, Associate Program Director, Medicine | 2010 - 2013 |
| Reham Shaaban, Baystate Internal Medicine Resident, Career Mentor/Advisor Tufts, Program Director, Medicine | 2002 - 2005 |

**Faculty**

| | |
|---|---|
| Wasique Mirza, Wright Center for Graduate Education Faculty, Career Mentor/Advisor Program Director, Wright Center for Graduate Education | 2012 - present |
| Kathleen Suddarth, Alliance for Academic Internal Medicine, Career Mentor/Advisor Associate Program Director, University of Colorado | 2008 - present |
| Aimee Kirsch Zaas, Alliance for Academic Internal Medicine, Career Mentor/Advisor Program Director, Medicine, Duke Medical School | 2008 - present |
| Christine Bryson, Baystate Internal Medicine Faculty, Career Mentor/Advisor Associate Program Director, Baystate Medical Center | 2000 - present |

| | |
|---|---|
| Maria Maldonado, Alliance for Academic Internal Medicine, Career Mentor/Advisor<br>Vice-Chair of Diversity, Assistant Professor Medicine, Mount Sinai Hospital | 2000 - present |
| Rebecca Andrews, UCONN Faculty, Career Mentor/Advisor<br>Ambulatory Clinic Director, UCONN Health Center | 2013 - 2015 |

## Investigation

### Grants

### Completed

| | |
|---|---|
| Macy Faculty Scholars Grant: Lauren Meade, MD<br>"Training Internal Medicine Residents in a Safe and Effective Discharge from the Hospital."<br>Implemented an educational checklist for a safe discharge across 25 Internal Medicine programs. Total, direct & indirect costs: $124,000 annually<br>Role: PI (50%) | 2013-2015 |
| Robert Wood Johnson & Kelly Aiken<br>"Care Transitions Educational Grant, Western Massachusetts Nursing Collaborative."<br>Consultant for a grant to improve care transitions through interprofessional practice and structured nursing education. Total, direct & indirect costs: $225,000 annually<br>Role: Consultant (5%) | 2011-2014 |
| Tufts University School of Medicine Innovations in Education: Jasmine Paadam<br>"Medical Students in Transitions of care."<br>Implementing an experience learning curriculum for medical students to bridge the gap between the transition from hospital to home.<br>Total, direct & indirect costs: $7,500<br>Role: Co- Principle Investigator (10%) | 2012-2013 |
| Tufts University School of Medicine Innovations in Education: Aleah Nesteby<br>"Increasing Competency in Transgender Care."<br>Description (1 sentence)<br>Total, direct & indirect costs: $7,500<br>Role: Co- Principle Investigator (5%) | 2012-2013 |
| Baystate Health System Corporate Risk Management<br>"A Prospective Study of a Pharmacy Provider Intervention to Identify Medical Errors in the Ambulatory Setting."<br>Use of a pharmacy provider in an outpatient HIV multidisciplinary team to identify medical errors.<br>Total, direct & indirect costs: $72,000<br>Role: Co-PI 10% (Developed and implemented research) | 2003-2004 |

### In progress

UMASS Interprofessiona Education Grant
"Title"
goal
Total, direct & indirect costs: ?
Role: Co-PI (Developed and implemented research)

## Health Care Delivery

### Leadership Positions

| | |
|---|---|
| Co-Director Transgender Health, High Street Medical Center, Baystate Medical Center, Springfield, MA | 2006-present |

| | |
|---|---|
| Medical Director HIV/AIDS, High Street Health Center, Baystate Medical Center, Springfield, MA | 1997-2011 |

**Certification and Licensure**

| | |
|---|---|
| Massachusetts State Medical License (*active*) | 1994-present |
| American Board of Internal Medicine | 1997-present |

**Clinical Discipline**

| | |
|---|---|
| General Internal Medicine, Hospital Medicine, Ambulatory Medicine, HIV/AIDS, Women's Health, Correctional Health, Substance Abuse | 1997-present |

**Clinical Activities**

| | |
|---|---|
| Baystate Health, Primary Care, High Street Health Center, Springfield, MA, 44 weeks per year | 2018-present |
| Baystate Medical Center, Springfield, MA, Hospitalist, 12 weeks per year | 1997-2016 |
| Baystate Medical Center, Springfield, MA, Primary Care, 36 weeks per year | 1997-2016 |
| Baystate Medical Center, Springfield, MA, Substance Abuse Primary Care, 4 hours per week; all year | 2000-2013 |
| Baystate Medical Center, Springfield, MA, Women's Health Primary Care, 4 hours per week; all year, | 1997-2013 |
| Baystate Medical Center, Springfield, MA, HIV Primary Care, 8 hours per week, all year | 1997-2011 |
| Hamden County Correctional Facility, Baystate Medical Center, Springfield, MA, Correctional Health, 4 hours per week; all year | 2000-2007 |

**Clinical Innovations, Safety, and Quality Improvement Projects**

| | |
|---|---|
| Scripts to go- discharge medications, Baystate Medical Center, Springfield, MA | 2014-2016 |
| Transfer summary report for skilled nursing facility, Baystate Medical Center, Springfield, MA | 2008-2016 |
| Medication Reconciliation, Baystate Medical Center, Springfield, MA | 2000-2016 |
| Reducing readmission from post-acute care, Baystate Medical Center, Springfield, MA | 2008-2014 |
| Assessment for visiting nursing care after discharge, Baystate Medical Center, Springfield, MA | 2008-2010 |
| Discharge summary electronic medical record template, Baystate Medical Center, Springfield, MA | 2004-2006 |

## **Scholarship**

**Peer-reviewed publications**

1. Fazio SB Cheda S, Hingle S, Lo MC, **Meade L**, Blanchard M, Hoellein A, Brandenburg S, Denton GD. The Challenges of Teaching Ambulatory Internal Medicine: Faculty Recruitment, Retention, and Development: An AAIM/SGIM Position Paper. Am J Med. 2017 Jan;130(1):105-110. 2017

2. **Meade L**, Suddarth KH, Jones RR, MD, Zaas AK, Albanese T, Yamazaki K, O'Malley CW. Patients, Nurses, and Physicians Developing a Discharge Direct Observation Tool. Acad Med. 2016 Oct;91(10):1388-1391. 2016

3. Ruddy MP, Thomas-Hemak L, **Meade L**. Practice Transformation: Professional Development Is Personal. Acad Med. 2016 May;91(5):624-7. 2016.

4. Denton GD, Lo MC, Brandenburg S, Hingle S, **Meade L**, Chheda S, Fazio SB, Blanchard M, Heollein A. Solutions to Common Problems in Training Learners in General Internal Medicine Ambulatory Settings. Am J Med. Oct;128(10):1152-7. 2015.

5. **Meade L**, Hall SL, Kleppel RW, Hinchey KT. TRACER: an 'eye-opener' to the patient experience across the transition of care in an internal medicine resident program. J Community Hosp Intern Med Perspect. 2015 Apr 1;5(2):26230. 2015.

6. **Meade L**, Todd CY, Walsh MM. Found in transition: applying milestones to three unique discharge curricula. PeerJ. 2015 Mar 5;3:e819. doi: 10.7717/peerj.819. 2015.

7. Thomas-Hemak L, Palamaner Subash Shantha G, Gollamudi LR, Sheth J, Ebersole B, Gardner KJ, Nardella J, Ruddy MP, **Meade L**. Nurturing 21st century physician knowledge, skills and attitudes with medical home innovations: the Wright Center for Graduate Medical Education teaching health center curriculum experience. PeerJ 2015 Feb 10;3:e766. 2015

8. Lobst W, Aagaard E, Bazari H, Brigham T, Bush RW, Caverzagie K, Chick D, Green M, Hinchey KT, Holmboe E, Hood S, Kane G, Kirk L, **Meade L**, Smith C, Swing S. Internal Medicine Milestones Journal of graduate medical education. 03/2013; 5(1 Suppl 1):14-23. 2013.

9. Caverzagie KJ, Lobst WF, Aagaard MD, Hood S, Chick DA, Kane GC, Brigham TP, Swing SR, **Meade L**, Bazari H, Bush RW, Kirk LM, Green ML, Hinchey KT, Smith CD. The Internal Medicine Reporting Milestones and the Next Accreditation System Ann Int Med 2013 Apr 2:158(7):557-9. 2013.

10. **Meade L**, Caverzagie KJ, Swing SR, Jones, RR; O'Malley CW, Yamazaki K, Zaas AK. Playing with milestones in the educational sandbox: Q-sort results from an educational collaborative. Acad Med 2013 Aug: 88(8):1142.8. 2013.

11. Heist K, Post J, Brandenburg S, **Meade L**. Milestones for Essential Ambulatory Care agreement of residents and attendings. Am J Med. 2013 Mar:126(3):270-4. 2013.

12. Leasure EL, Jones RR, **Meade L**, Sanger MI, Thomas KG, Tilden VP, Bowen JL, Warm EJ. There is no "I" in Teamwork in the Patient Centered Medical Home: Defining Teamwork Competencies for Academic Practice. Acad Med. 2013 May;88(5):585-92. 2013.

13. **Meade L**, Borden SH, McArdle P, Rosenblum MJ, Picchioni MS, Hinchey KT. From Theory to Actual Practice: Creation and application of milestones in an Internal Medicine Residency Program. Med Teach 2012; 34(9):717-23. 2012.

14. Heelon MW, Skiest D, Tereso G, **Meade L**, Weeks J, Pekow P, Rothberg MB. Effect of a clinical pharmacist's interventions on duration of antiretroviral-related errors in hospitalized patients. American Journal of Health Systems Pharmacy 2007; 64(19): 2064-2068. 2007.

15. Skiest DJ, Camelo-Piragua S, **Meade L**. Images in HIV/AIDS. "Painful oral ulcerations in a patient with AIDS." The AIDS reader; 16(10):531-2. 2006.

16. Heelon MW, **Meade L**. Methadone withdrawal when starting a Nevirapine containing antiretroviral regimen. Pharmacotherapy 1999; 19(4)471-472. 1999.

17. Topp, KS, **Meade L**, LaVail JH. Microtubule polarity in the peripheral processes of trigeminal ganglion cells: relevance for the retrograde transport of Herpes Simplex Virus. The Journal of Neuroscience 1994; 14(1): 318-325. 1994.

18. LaVail, JH, **Meade L**, Dawson CR. Ultrastructural immunocytochemical localization of Herpes Simplex Virus (type 1) in trigeminal ganglion neurons. Current Eye Research 1991; 10; 23-39. 1991

**Non-peer-reviewed publications**

1. **Meade L**, Grover J, Rudolph M. Speak out! Taking care of patients is what we do. Online comment. Annals Internal Medicine 2016 https://www.researchgate.net/publication/305082631_Non-peer_review_comment_in_Annals_of_Internal_Medicine_in_response_to_Mazor_KM_Smith_KM_Fisher_KA_Gallagher_TH_Speak_Up_Addressing_the_Paradox_Plaguing_Patient-Centered_Care_Ann_Intern_Med_2016164618. Accessed July 6 2016. Accessed July 9 2016.

2. Combs B, **Meade L**, Bollman K, Brandenburg S How to Incorporate High Value Care Curricula into Existing Educational Conferences AAIM Insight. 12(3)6-7 2014.

3. Ekpenyong A, Burday M, Delanoche N, Halvorson S, Raj J, **Meade L**. The AAIM Clinical Competency Committee Collaborative Learning Community. AAIM Insight. 13(3):18. 2015.

4. **Meade L**. Interview with Maria Maldonado, Leader in Diversity for Alliance of Academic Internal Medicine. http://www.im.org/p/cm/ld/fid=805 Accessed on March 5, 2015.

5. Rosenblum MJ, Borden SH, McArdle P, **Meade L**, Picchioni MS, Stefan M, Hinchey KT. Baystate Medical Center EIP Workgroup. The Baystate Manager Model. Academic Internal Medicine Insight 2007; 5(2):18. 2007.
6. **Meade L**. Regulation of hydrogen peroxide synthesis in rat thyroid gland: a cytochemical study. Thesis. Smith College. 1987.

## Invited Presentations

### National

| | |
|---|---|
| Seminar: Engaging your program in the culture change of direct observation. APDIM Spring Meeting. Houston, TX | April 26, 2015 |
| Workshop: "Applying milestones to a safe and effective discharge: lessons from the Education Research Outcomes Collaborative." AAIM Fall Meeting. Washington, DC | Sept 11, 2014 |
| "National networking with Academic Alliance for Internal Medicine" Grand Rounds, Wright Center, Scranton, PA | Aug 19, 2014 |
| "High Value Care" Professor Day, Wright Center, Scranton, PA | June 4, 2014 |
| "Program evaluation" Grand Rounds, Wright Center, Scranton, PA | Mar 26, 2014 |
| "The struggling learner" Grand Rounds, Wright Center, Scranton, PA | Feb 12, 2014 |
| "Transition of Care: TRACER" Grand Rounds, Wright Center, Scranton, PA | Dec 18, 2013 |
| "Next Accreditation System" Grand Rounds, Wright Center, Scranton, PA | Nov 13, 2013 |
| "Engaging the learner in Milestones and Competency Based Advancement" Grand Rounds, Wright Center, Scranton, PA | Oct 7, 2013 |
| Workshop "Building Faculty Development into the Daily Activities of Our Teachers." APDIM Fall Meeting. New Orleans, LA | Oct 2, 2013 |
| Workshop: "How to incorporate High Value Care Curricula into Existing Educational Conferences." APDIM Spring Meeting. Orlando, FL | Oct 2, 2013 |
| Plenary Co-Moderator "Operationalizing NAS, EPAs, NAS Milestones, and Curricular Milestones." APDIM Spring Meeting. Orlando, FL | April 30, 2013 |
| Workshop "Engaging Residents in the Milestones: Results of the Educational Research Outcomes Collaborative (E-ROC)." APDIM Spring Meeting. Orlando, FL | April 30, 2013 |
| "Leadership and mentoring" Grand Rounds, Wright Center, Scranton, PA | April 24, 2013 |
| "A Dozen Teaching Techniques" Grand Rounds, Wright Center, Scranton, PA | Mar 3, 2013 |
| Workshop "Like a Flip Book: Serial Precepting in Essential Ambulatory Care" APDIM Fall Meeting. Phoenix, AZ | Oct 11, 2012 |
| Plenary: Bringing it all home: EPAs to Narratives to Reporting. APDIM Fall Meeting. Phoenix, AZ | Oct 11, 2012 |
| Plenary: How Do They Do This. "TRACER: Early Transitions of Care." APDIM Spring Meeting. Atlanta, GA | April 24, 2012 |
| Workshop "Applying Milestones in training: lessons from a multi-center educational study." APDIM Spring Meeting. Atlanta, GA | April 24, 2012 |
| "Teamwork in a Patient Centered Medical Home" Professor Day, Wright Center, Scranton, PA | Mar 21, 2012 |
| Workshop "Lessons from Geese: Teaching Teamwork in a Patient Centered Medical Home." APDIM Fall Meeting. Anaheim, CA | Oct 20, 2011 |

| | |
|---|---|
| CDIM pre-course "Solutions to 21st Challenges in Medical Education" Susan Hingle, chair. Session "Competency based Assessment in Medical Residencies and How it Might be Applied to Medical Student Education" APDIM Fall Meeting. Anaheim, CA | Oct 20, 2011 |
| Workshop: "Lost or Found in Transition: Educational Innovation for Transitions of Care" APDIM Spring Meeting, Las Vegas, NV | April 11, 2011 |
| Pre-course Presenter: "Incorporating Milestones into Internal Medicine Residency Training: Innovations and Opportunities" Presentation "Early Projects Investigating Landmarks". APDIM Spring Meeting, Las Vegas, NV | April 11, 2011 |
| Plenary: "Milestones: Theory to Practice." ACGME Education Conference, Nashville, TN | March 6, 2011 |
| Workshop: "Kicking it up a notch...fundamental residency redesign in the new millennium." APDIM Fall Meeting, San Antonio, TX | Oct 15, 2011 |
| Workshop "Applying the Internal Medicine Milestones: Lessons of a Multi-Institutional Collaborative." APDIM Fall Meeting, San Antonio, TX | Oct 15, 2011 |
| Workshop: "CBME and Milestones: The EIP Pilot" EIP APDIM Spring Meeting, Baltimore, MD | April 26, 2010 |
| Workshop: "Fundamental Residency Redesign: Three Giant Steps". APDIM Spring Meeting, Baltimore, MD | April 28, 2010 |

### Regional

| | |
|---|---|
| *"Cookers, Cottons, and Compassion: An immersive medical student curriculum to explore the needs of persons who inject drugs"* 2020 NEGEA Annual Conference, Burlington, VT | April 30, 2020 |
| "A Safe and Effective Discharge Curriculum Implemented in 11 Internal Medicine Programs" Society for General Internal Medicine, Massachusetts Chapter Annual Meeting, Waltham, MA | April 12, 2015 |
| Workshop: Relationship-based Interprofessional Education and Practice: Turning Challenges into Opportunities. Harvard Macy Institute 20th Anniversary Symposium. Educating to Innovate in Healthcare: Celebrating 20 Years of Innovation at the Harvard Macy Institute. Boston, MA. Harvard Medical School, Boston, MA. | June 20, 2014 |
| Workshop: "Sharing professional values for collaborative practice and IPE." Harvard Macy Institute, Program for Educators in Health Professions. Boston, MA | May 19, 2014 |

### Local

| | |
|---|---|
| "NAS from punitive to restorative" Program Administrators and Education Coordinators Annual Retreat, Baystate Medical Center, Springfield, MA | Oct 21, 2013 |
| "State of the Art Development Series: Educational Innovation Project" Medicine Grand Rounds, Baystate Medical Center, Springfield, MA | Dec 1, 2010 |
| "Transgender Health: My Right Self" Medicine Grand Rounds, Baystate Medical Center, Springfield, MA | Mar 10, 2010 |
| "On Diversity to Inclusion" Medicine Grand Rounds, Baystate Medical Center, Springfield, MA | Mar 11, 2009 |

### Other Presentations, Posters & Abstracts

#### International

| | |
|---|---|
| **Meade L**, Benjamin E, Scavron J. Dying with AIDS: Issues Confronting a North American Community. 11th International Congress on Care of the Terminally Ill. Poster Montreal, Canada | Sept 7, 1996 |

#### National

| | |
|---|---|
| Workshop. "The Quadruple Aim: Strategic Initiatives to Foster Engagement and Build Resilience Across the Continuum of Hospital Medicine." SHM Annual Meeting Las Vegas, NV accepted | May 1, 2017 |
| **Meade L**, Katie Heist Suddarth, Ron Jones, Cheryl O'Malley, Kenji Yamazaki, Aimee Zaas. Advancement by Competence: Comparison of a Discharge Curriculum versus usual practice in multiple programs. Poster  AAIM Fall Meeting. Atlanta, GA | Oct 8, 2015 |
| **Meade L**, Katie Heist Suddarth, Ron Jones, Cheryl O'Malley, Kenji Yamazaki, Aimee Zaas.  A safe and effective discharge curriculum implemented in 11 internal medicine programs.  Poster, SGIM Annual Meeting. Toronto, Ontario Canada, April 22-25, 2015; SHM Annual Meeting. National Harbor Maryland, March 29 – April 1, 2015; and APDIM Spring Meeting. Houston, TX | April 2015 |
| Gregg Novak, Jumee Barooha, Jignesh Sheth, Tiffany Elks, **Meade L**. AAIM Fall Meeting. The "PDSA Tracker":   Promoting Resident CQI Project Completion and Hand-Offs.  Poster, AAIM Fall Meeting, Washington, DC | Sept 11, 2014 |
| **Meade L**, Jones R, Zaas A, Heist MD, O'Malley C, Day L, Willgerodt, M, Implementing Resident Training in an Internal Medicine Collaborative for a Safe Discharge form the Hospital. Harvard Macy Institute, Program for Educators in Health Professions. Poster, Boston, MA | May 19, 2014 |
| Yamazaki, K; Albanese, T; Swing, S; Jones, R; O'Malley, C; Zaas, A; Caverzagie, K; , Heist, K;  **Meade L**.  How and when do learners advance by milestones, Poster,  ACGME Annual Education Conference, Nashville, TN | Feb 27, 2014 |
| Samavedam S, **Meade L**, Shantha G, Gollamudi LR, Gardner K, Gopavaram D, Thomas-Hemak L. Developing self-reflection in the Teaching Health Center resident: a milestones based portfolio. National Association of Community Health Centers, Poster,  Annual Meeting, Chicago, IL | Aug 25, 2013 |
| Shantha G, Gollamudi LR, Irukulla PK, Samavedam S, Sheth J, Ebersole B, Gardner K, Barooah J, **Meade L**, Thomas-Hemak L.  Data Driven Residency Program Improvement Affirmation in a Teaching Health Center Consortium (THC). Poster, National Association of Community Health Centers. Annual Meeting, Chicago, IL | Aug 25, 2013 |
| Thomas-Hemak L, Shantha G, Ebersole B, **Meade, L**. The Wright Center's Diversification of Graduate Medical Education (GME) Finances in a Teaching Health Center Community-Based Consortium.  National Association of Community Health Centers. Poster, Annual Meeting, Chicago, IL | Aug 25, 2013 |
| Yadav, S; Kleppel, R; Shaaban, R; Paadam J; **Meade, L**. Embedding the concepts of waste and systems failure reduction in an innovative quality curriculum for resident education. Poster, Society of Hospital Medicine's Annual Meeting, San Diego, CA | 2012 |
| Post J, Heist K, Brandenburg S, **Meade L**; Sorting the Milestones: Can residents and attendings agree? Poster, ACGME Annual Meeting Orlando, FL | 2012 |

## Academic Service

**Internal Administration and Service**

**Department of Medicine, Baystate Medical Center, Springfield, MA**

| | |
|---|---|
| Advancing and Achieving in Diversity Task Force (Chair), Baystate Medical Center, Springfield, MA | 2014-2016 |
| Lesbian Gay Bisexual Transgender Health Leadership Committee (Co-chair), Baystate Medical Center, Springfield, MA | 2013-2016 |
| Baystate Medical Center Medical Staff Administrative Affairs (participant), Baystate Medical Center, Springfield, MA | 2011-2016 |

| | |
|---|---|
| Women Advancing and Achieving in Medicine (Chair), Baystate Medical Center, Springfield, MA | 2003-2016 |
| Committee for Quality Peer Review for Medicine (participant), Baystate Medical Center, Springfield, MA | 2001-2016 |
| Committee for Quality Peer Review for Ambulatory Medicine (Chair), Baystate Medical Center, Springfield, MA | 2012-2014 |
| Post-Acute Care Performance Improvement Team (participant), Baystate Medical Center, Springfield, MA | 2005-2011 |

**Professional Memberships and Activities**

| | |
|---|---|
| Society of Hospital Medicine | 2015-present |

- Wellness Executive Committee (2016-2017)

| | |
|---|---|
| American College of Physicians | 1998-present |
| Massachusetts Medical Society | 1997-present |
| American Medical Association | 1997-present |
| Alliance of Academic Internal Medicine | 2000-present |

- Collaborative for Healing and Renewal for Medicine (participant) (2014-2018)
- Collaborative Learning Community (chair) (2014-2016)
- Innovations Committee (participant) (2014-2016)
- Diversity and Inclusion Committee (participant) (2014-2016)
- Alliance of Academic Internal Medicine, Council (2013-2016)

| | |
|---|---|
| Association for Program Directors in Internal Medicine | 2005-present |

- Community Program Leaders Council (chair) (2015-2016)
- Educational Research Outcomes Collaborative (chair) (2008-2016)
- Spotlight Committee (participant) (2013-2015)
- Educational Innovations Program (EIP) (participant) (2005-2015)

| | |
|---|---|
| Society for General Internal Medicine, Patient Centered Medical Home Medical Education Summit (participant) | 2011 |
| American Academy of HIV Medicine | 2000-2004 |
| Gay and Lesbian Medical Association | 1999-2002 |

**Editorial Responsibilities**

| | |
|---|---|
| Academic Medicine, reviewer | 2011-present |
| Journal of General Medical Education, reviewer | 2011-present |
| Medical Teacher, reviewer | 2011-present |

**External Professional Service**

**National**

| | |
|---|---|
| Internal Reviewer for the Medicine Residency (Consultant), Wright Center for Medical Education, Scranton, PA | 2011 |

**Regional**

| | |
|---|---|
| Contract Advisory Committee (Participant), Baycare Health Partners, Springfield, MA | 2013-2017 |

| | |
|---|---|
| Healthcare Interprofessional Education of Pioneer Valley (Participant), Springfield, MA | 2014-2016 |

**Professional Development**

| | |
|---|---|
| Leading Innovation in Health Care and Education, Harvard Macy Institute, Boston, MA | 2015 |
| Executive Leadership Program, Alliance for Academic Internal Medicine, Cambridge, MA | 2014 |
| Program for Educators in Health Professions, Harvard Macy Institute, Boston, MA | 2014 |