AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| Maria Moe | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-10195-GAO |
| Donald Trump et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maria Moe.

Date:   02/03/2025

/s/ Sarah Austin
*Attorney's signature*

Sarah Austin (Me. Bar. # 006375)
*Printed name and bar number*
GLBTQ Legal Advocates & Defenders
18 Tremont Street, Suite 950
Boston, MA 02108

*Address*

saustin@glad.org
*E-mail address*

(617) 426-1350
*Telephone number*

(617) 426-3594
*FAX number*

**CERTIFICATE OF SERVICE**

    I, Sarah Austin, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEG), and paper copies will be sent to those indicated as non-registered participants via first-class mail on February 3, 2025.

| | |
|---|---|
| Dated: February 3, 2025 | */s/ Sarah Austin* |
| | Sarah Austin |